John E. Pollino, (OSB No. 925202)
jpollino@ghrlawyers.com
Breanna L. Thompson, (OSB No. 154370)
bthompson@ghrlawyers.com
Travis A. Merritt , (OSB No. 195857)
tmerritt@ghrlawyers.com
GARRETT HEMANN ROBERTSON P.C.
PO Box 749
Salem, Oregon 97308-0749
Tel: (503) 581-1501
Fax: (503) 581-5891

      Special Assistant Attorney Generals for State Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| HARLAN JAMES HALE, | No. 2:23-cv-01984-MO |
| Plaintiff, | **GENERAL JUDGMENT OF DISMISSAL** |
| vs. | |
| COREY FHUERE, DR. B.T. SMITH, K. ROSS, H. MILLER, J. BUGHER, WARREN ROBERTS, MD, & C. COFFEY, | |
| Defendants. | |

      Based upon stipulation of the parties that this case has been fully resolved, and Plaintiff has agreed to voluntarily dismiss his lawsuit with prejudice. The parties agree that each party shall pay its own, costs, fees, and attorney fees, and the Parties stipulate that a General Judgment of Dismissal with Prejudice may be entered as to all parties and all claims.

/ / / /

/ / / /

/ / / /

IT IS HEREBY ORDERED AND ADJUDGED that this case be dismissed with prejudice, and without fees or costs to any party.

*Michael W. Mosman*

DATED: 1/5/2026

Submitted by:
Breanna Thompson (OSB No. 154370)
Special Assistant Attorney General
Of Attorneys for State Defendants